NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2003-1427, 2008-1378, -1400

ALEXANDER S. ORENSHTEYN,

Plaintiff-Appellant,

and

DAVID FINK, TIMOTHY W. JOHNSON,
And FINK & JOHNSON,

Sanctioned Parties-Appellants,

v.

CITRIX SYSTEMS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of
Florida in case no. 02-CV-60478, Judge Adalberto Jordan.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

We construe Alexander Orenshteyn's February 25, 2009 letter as a motion to
direct Citrix Systems, Inc. to file a corrected brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAR 2 0 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Alexander S. Orenshteyn
      Douglas J. Kline, Esq.
      David Fink, Esq.
s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK